IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **BRYCE SWEENEY,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**FOURSIGHT CAPITAL LLC,** )<br>)<br>**Defendant.** ) | **CIVIL ACTION NO. 4:25-cv-108** |

## DEFENDANT FOURSIGHT CAPITAL, LLC'S
## ANSWER TO PLAINTIFF'S PETITION

**COMES NOW** Defendant Foursight Capital LLC ("Foursight"), by and through its undersigned counsel, and preserving its right to compel Plaintiff Bryce Sweeney's ("Plaintiff") claims against it to arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, et seq., hereby submits its response to Plaintiff Bryce Sweeney's Petition ("Petition"), stating as follows:

### GENERAL DENIAL

Foursight denies all allegations asserted by Plaintiff in the Petition. Foursight further denies that it is liable to Plaintiff under any cause of action or theory asserted by Plaintiff or that Plaintiff is entitled to any award, judgment, damages, compensatory damages, statutory damages, interest, cost, attorney's fees, or any relief whatsoever and demands strict proof thereof.

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's claims are subject to the valid and binding arbitration agreement.

### SECOND AFFIRMATIVE DEFENSE

Foursight denies it violated the Fair Credit Reporting Act ("FCRA").

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the applicable statute of limitations and laches.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff fails to state a claim upon which relief may be granted.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims against Foursight are barred by the doctrines of judicial estoppel, collateral estoppel and *res judicata*.

### SIXTH AFFIRMATIVE DEFENSE

Foursight denies that it is guilty of any wrongdoing, either negligent, wanton, willful, or otherwise.

### SEVENTH AFFIRMATIVE DEFENSE

Foursight pleads the defense of lack of causal relation between its conduct and the damages alleged.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrines of waiver, estoppel, release, unclean hands, accord and satisfaction, ratification, consent and acquiescence.

### NINTH AFFIRMATIVE DEFENSE

Foursight's actions were justified and reasonable.

### TENTH AFFIRMATIVE DEFENSE

Foursight affirmatively invokes and asserts all defenses created by and under the Fair Credit Reporting Act.

### ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff's injuries, if any, were the result of an intervening or superseding cause or the acts

or omissions of third parties over which Foursight had no responsibility or control and for which Foursight may not be held liable.

### TWELFTH AFFIRMATIVE DEFENSE

Assuming that Plaintiff did suffer damages, which Foursight denies, Plaintiff's harm was caused by entities other than Foursight who were beyond the scope or supervision of Foursight or for whom Foursight was and is not responsible or liable.

### THIRTEENTH AFFIRMATIVE DEFENSE

There is no basis in law for Plaintiff's claim for costs.

### FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate his damages, if any.

### FIFTEENTH AFFIRMATIVE DEFENSE

Foursight pleads the affirmative defense of truth.

### SIXTEENTH AFFIRMATIVE DEFENSE

Any violation of the law or damage suffered by Plaintiff, which Foursight denies, was due to the affirmative actions and/or omissions of Plaintiff and does not give rise to any liability of Foursight.

### SEVENTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims against Foursight are barred, in whole or in part, by the doctrines of recoupment and/or set-off, as Foursight is entitled to set-off for any amounts due and owing on the subject account that exceed the alleged damages by Plaintiff.

### RESERVATION OF DEFENSES

Foursight reserves the right to amend its Answer to the Petition at the completion of permissible factual discovery.

Respectfully submitted this the 3rd day of February, 2025.

*s/ Richard C. Keller*
Richard C. Keller (TX Bar No. 24134669)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
rkeller@burr.com

Attorney for Defendant
FOURSIGHT CAPITAL LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document has been served by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax, or email on this 3rd day of February, 2025:

Bryce Sweeney
4444 Cullen Blvd. 514
Houston, TX 77004
Telephone: (832) 409-8784
Email: sweenebrycen@icloud.com

*Pro se Plaintiff*

*/s/ Richard C. Keller*
OF COUNSEL